IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COMPRESSOR ENGINEERING CORPORATION, a Michigan corporation, individually and as the representative of a class of similarly-situated persons, <br><br>              Plaintiff, <br><br>     v. <br><br>COMFORT CONTROL SUPPLY CO., INC. d/b/a JOHNSTONE SUPPLY, CHESTER LIMITED INC., Michigan corporations, CHESTER LIMITED IV, LLC, a Michigan limited liability company, and JOHN DOES 1-10, <br><br>              Defendants. | Civil Action No.: 2:16-11726 <br><br>**CLASS ACTION** <br><br>Hon. Nancy G. Edmunds |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, COMPRESSOR ENGINEERING CORPORATION, through its undersigned attorneys, hereby voluntarily dismisses Defendant, COMFORT CONTROL SUPPLY CO., INC., without prejudice.

> COMPRESSOR ENGINEERING CORPORATION, individually and as the representative of a class of similarly-situated persons
>
> By:  s/ Brian J. Wanca

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone:  847-368-1500
        Fax:  847-368-1501
        Email:  bwanca@andersonwanca.com
                rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                /s/ Brian J. Wanca