# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COMPRESSOR ENGINEERING CORPORATION, a Michigan corporation, individually and as the representative of a class of similarly-situated persons, | )) ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) **CLASS ACTION** |
| | ) |
| CHESTER LIMITED INC., a Michigan corporation, CHESTER LIMITED IV, LLC, a Michigan limited liability company, and JOHN DOES 1-10, | ) ) Hon. Nancy G. Edmunds ) ) ) ) |
| | ) |
| Defendants. | ) |

Civil Action No.: 2:16-11726

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, COMPRESSOR ENGINEERING CORPORATION, through its undersigned attorneys, hereby voluntarily dismisses Defendant, CHESTER LIMITED IV, LLC, without prejudice.

                                                COMPRESSOR ENGINEERING CORPORATION, individually and as the representative of a class of similarly-situated persons

                                                By:  s/ Brian J. Wanca
                                                        Brian J. Wanca

>Brian J. Wanca
>Ryan M. Kelly
>ANDERSON + WANCA
>3701 Algonquin Road, Suite 500
>Rolling Meadows, IL  60008
>Telephone:  847-368-1500
>Fax:  847-368-1501
>Email:  bwanca@andersonwanca.com
>rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

>/s/ Brian J. Wanca