# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| COMPRESSOR ENGINEERING CORPORATION, a Michigan corporation, individually and as the representative of a class of similarly situated persons, | Case No. 16-cv-11726 |
| Plaintiff, | Honorable Nancy G. Edmunds |
| v. | Magistrate Judge Stephanie Dawkins Davis |
| COMFORT CONTROL SUPPLY CO., INC. d/b/a JOHNSTONE SUPPLY, CHESTER LIMITED INC., Michigan corporations, CHESTER LIMITED IV, LLC, a Michigan limited liability company, and JOHN DOES 1-10, | |
| Defendants. | |

## STIPULATED ORDER MODIFYING SCHEDULE

On October 24, 2018, the Court entered its Scheduling Order in this matter (Docket no. 41), which set Discovery cutoff on March 1, 2019, and a Rule 23 Class Action Motion deadline of May 1, 2019.  On March 3, 2019, due to the scope of document production, the Court extended those deadlines to May 31, 2019, and August 1, 2019, respectively.  (Docket no. 42.)  On June 6, 2019, due to family medical issues related to one of Plaintiff's representatives, the Court extended the deadlines to June 28, 2019, and August 30, 2019, respectively.  (Docket no. 43.)

{36660/6/D1395763.DOCX;1}

Discovery has been completed, and the Parties have engaged in settlement discussions with the goal of avoiding class-certification arguments. Currently, Plaintiff's Motion for Class Certification must be filed by next Friday, August 30, 2019. While the Parties have been working diligently toward a resolution, additional time is necessary due to the nature of the claims and the involvement of Defendant's insurance carrier.

Thus, the Parties request that the Rule 23 Class Action Motion deadline be adjourned for 31 days, from August 30, 2019, to September 30, 2019, to allow the parties to conclude settlement discussions prior to class certification.

For these reasons, Plaintiffs and Defendants jointly move and this Court Orders that the following deadlines are amended as indicated below:

| EVENT | Current Deadline | Revised Deadline |
|---|---|---|
| Rule 23 Class Action Motion Filed By: | August 30, 2019 | September 30, 2019 |

The remainder of the Court's October 24, 2018 Scheduling Order (docket no. 41) remains intact.

**SO ORDERED**

Dated: August 27, 2019

s/ Nancy G. Edmunds
Honorable Nancy G. Edmunds
United States District Judge

So Stipulated:

| **ANDERSON + WANCA**<br><br>By: *Ross M. Good* (with permission)<br>Ryan M. Kelly<br>Brian J. Wanca<br>Ross M. Good<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>Telephone: (847) 368-1500<br>Fax: (847) 368-1501<br>bwanca@andersonwanca.com<br>rkelly@andersonwanca.com<br>rgood@andersonwanca.com<br><br>*Attorneys for Plaintiff* | **KERR, RUSSELL AND WEBER, PLC**<br><br>By: *Jeffrey A. May*<br>Jeffrey A. May<br>Fred K. Herrmann<br>KERR, RUSSELL AND WEBER, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226<br>Telephone: (313) 961-0200<br>Fax: (313) 961-0388<br>jmay@kerr-russell.com<br>fherrmann@kerr-russell.com<br><br>*Attorneys for Defendant Chester Limited Inc.* |