# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COMPRESSOR ENGINEERING CORPORATION, a Michigan corporation, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

v.

COMFORT CONTROL SUPPLY CO., INC. d/b/a JOHNSTONE SUPPLY, CHESTER LIMITED INC., Michigan corporations, CHESTER LIMITED IV, LLC, a Michigan limited liability company, and JOHN DOES 1-10,

    Defendants.

Case No. 16-cv-11726

Honorable Nancy G. Edmunds

Magistrate Judge
Stephanie Dawkins Davis

## **STIPULATED ORDER OF DISMISSAL**

Upon the below stipulation of the parties pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

Dated:  October 9, 2019

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
United States District Judge

{36660/6/D1401090.DOC;1}

SO STIPULATED:

/s/ *Fred K. Herrmann*  /s/ *Brian J. Wanca*
   Fred K. Herrmann (P49519)    Brian J. Wanca
KERR, RUSSELL AND WEBER, PLC  ANDERSON + WANCA
500 Woodward Avenue  3701 Algonquin Road, Suite 500
Suite 2500  Rolling Meadows, IL 60008
Detroit, Michigan  48226  Telephone: (847) 368-1500
(313) 961-0200  buslit@andersonwanca.com
(313) 961-0388 (fax)
fherrmann@kerr-russell.com  *Attorneys for Plaintiff*
  *Compressor Engineering Corporation*

*Attorneys for Defendant*
*Chester Limited Inc.*